WO

X FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 13 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____________ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>David Ricardo Johnson,<br>Defendant. | CR-09-50156-PHX-ROS<br><br>**ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supevised Release were held on November 10, 2009.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 13th day of November, 2009.

Lawrence O. Anderson
United States Magistrate Judge